**REALTIME DATA, LLC,**
**Plaintiff–Appellee**

v.

**CME GROUP, INC., Board of Trade of the City of Chicago, Inc., New York Mercantile Exchange, Inc., Defendants–Appellants**

**Bats Trading, Inc., aka Bats Exchange, Inc., International Securities Exchange, Nasdaq OMX Group, Inc., Nasdaq OMX Phlx, Inc., NYSE Euro-**

next, Options Price Reporting Authority, NYSE Arca, Inc., NYSE Amex, LLC, Securities Industry Automation Corporation, Defendants.

Nos. 2014–1663, 2014–1664, 2014–1665.

United States Court of Appeals, Federal Circuit.

April 14, 2015.

Brett E. Cooper, McKool Smith, P.C., New York, N.Y., argued for plaintiff-appellee. Also represented by Dirk D. Thomas, Washington, DC; Laura A. Handley, Dallas, TX.

Michael Hawes, Baker Botts, LLP, Houston, TX, argued for defendants-appellants. Also represented by Scott F. Partridge.

LOURIE, PLAGER, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**